162 F.3d 1151
 Pens. Plan Guide (CCH) P 23945B
Anthony J. Maiuro, on Behalf of Flying Tiger Line, Inc.
Pension Plan for Flight Engineers as subsumed or
merged into Federal Express Corporation
Employees' Pension Plan
v.
Flying Tiger Line, Inc. Pension Plan for Flight Engineers,
as subsumed or merged into Federal Express Corporation
Employees' Pension Plan, Federal Express Corporation, as
Administrator of Flying Tiger Line, Inc. Fixed Pension Plan
for Pilots as subsumed or merged into Federal Express Corporation
 NO. 97-5449
 United States Court of Appeals,
Third Circuit.
 June 23, 1998
 Appeal From: D.N.J. ,No.95cv3820
 
 1
 Affirmed.